## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Delgado, Lizette

Printed:  4/8/08

Case Number:  07 B 12598
Judge:  Hollis, Pamela S
Filed:  7/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  February 25, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 662.20 |
| Trustee Fee: |  | 37.80 |
| Other Funds: |  | 0.00 |
| Totals: | 700.00 | 700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,200.00 | 662.20 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,500.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 17,120.13 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 22.97 | 0.00 |
| 6. | National Recovery, Inc | Unsecured | 3.74 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 53.19 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 144.90 | 0.00 |
| 9. | Account Recovery Service | Unsecured | | No Claim Filed |
| 10. | CCS | Unsecured | | No Claim Filed |
| 11. | Allied Interstate Inc | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Applied Card Bank | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | First Premier Bank | Unsecured | | No Claim Filed |
| 20. | GEMB | Unsecured | | No Claim Filed |
| 21. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 22. | Isac | Unsecured | | No Claim Filed |
| 23. | First Premier | Unsecured | | No Claim Filed |
| 24. | IC System Inc | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Delgado, Lizette

Printed:  4/8/08

Case Number:  07 B 12598

Judge:  Hollis, Pamela S

Filed:  7/16/07

| | | | |
|---|---|---|---|
| 26. Isac | Unsecured | | No Claim Filed |
| 27. Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. IC System Inc | Unsecured | | No Claim Filed |
| 29. Isac | Unsecured | | No Claim Filed |
| 30. Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. HSBC Bank USA | Unsecured | | No Claim Filed |
| 32. Medical Collections | Unsecured | | No Claim Filed |
| 33. LVNV Funding | Unsecured | | No Claim Filed |
| 34. Isac | Unsecured | | No Claim Filed |
| 35. Peoples Energy Corp | Unsecured | | No Claim Filed |
| 36. Midland Credit Management | Unsecured | | No Claim Filed |
| 37. NCO Financial Systems | Unsecured | | No Claim Filed |
| 38. RMI/MCSI | Unsecured | | No Claim Filed |
| 39. Nicor Gas | Unsecured | | No Claim Filed |
| 40. NCO Financial Systems | Unsecured | | No Claim Filed |
| 41. Zenith Acquisition | Unsecured | | No Claim Filed |
| 42. Nicor Gas | Unsecured | | No Claim Filed |
| 43. Universal Lenders Inc | Unsecured | | No Claim Filed |
| 44. Superior Asset Management | Unsecured | | No Claim Filed |
| 45. RMI/MCSI | Unsecured | | No Claim Filed |
| 46. West Asset Management | Unsecured | | No Claim Filed |
| 47. Nicor Gas | Unsecured | | No Claim Filed |
| 48. Zenith Acquisition | Unsecured | | No Claim Filed |
| 49. Student Loan Marketing Assn | Unsecured | | No Claim Filed |
| 50. Zenith Acquisition | Unsecured | | No Claim Filed |
| 51. Zenith Acquisition | Unsecured | | No Claim Filed |
| 52. Zenith Acquisition | Unsecured | | No Claim Filed |
| 53. Superior Asset Management | Unsecured | | No Claim Filed |
| 54. Zenith Acquisition | Unsecured | | No Claim Filed |
| 55. Isac | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 22,044.93 | $ 662.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 37.80 |
| | _____ |
| | $ 37.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: